MOTION GRANTED. The Initial Case Management Conference is hereby reset to September 11, 2023 at 9:30 a.m. via telephone. All parties shall call 1-877-336-1831, and when prompted for the access code, enter 7039387# to participate. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| TAWANDA CALVIN, individually and as survivor and next of kin to Kerry Granderson,<br><br>    Plaintiff,<br><br>v.<br><br><br>CORECIVIC, INC., CORECIVIC OF TENNESSEE, LLC, as owner and operator of TROUSDALE TURNER CORRECTIONAL CENTER, DAMON HININGER, PATRICK SWINDLE, WILLIAM DALIUS, JASON MEDLIN, MARTIN FRINK, DONELLE HARRIS, JOHN DOE, DENISE HAGGERD, and KYLE BUSS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:23-cv-00447<br>)<br>)   JURY DEMAND<br>)   District Judge Eli J. Richardson<br>)   Magistrate Judge Jeffrey Frensley<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR EXTENSION OF TIME

The Plaintiff, Tawanda Calvin, and Defendants, CoreCivic, Inc., CoreCivic of Tennessee, LLC, Damon Hininger, Patrick Swindle, William Dalius, Jason Medlin, Martin Frink, and Donelle Harris, (hereinafter, "CoreCivic Defendants") by and through their respective attorneys of record, move this Court to continue the case management conference from June 29, 2023, to a date in September 2023. In support of this request, the Plaintiff and the CoreCivic Defendants would show unto the Court as follows:

1. On May 3, 2023, the Plaintiff, Tawanda Calvin, filed her *Complaint* against Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Damon Hininger, Patrick Swindle, William

1

Dalius, Jason Medlin, Martin Frink, Donelle Harris, John Doe, Denise Haggard, and Kyle Buss.

2. On May 4, 2023, this Court issued a *Notice of Setting of Initial Case Management Conference* before Magistrate Judge Frensley on June 29, 2023.

3. On May 24, 2023, the CoreCivic Defendants filed their *Waivers of the Service of Summons* thereby establishing a deadline for the CoreCivic Defendants' Answer on July 3, 2023.

4. The attorneys for Plaintiff, the CoreCivic Defendants, *pro se* Defendant Kyle Buss, and *pro se* Defendant Denise Haggard have corresponded from which these parties have agreed to discuss the potential for an early resolution of this matter.

5. As a result, the Plaintiff and the CoreCivic Defendants are requesting this Court to continue the case management conference from June 29, 2023, to a date in September 2023.

6. As evidenced by the digital signatures of counsel hereinbelow, the Plaintiff and the CoreCivic Defendants agree to the extensions of time requested herein. *Pro se* Defendant Kyle Buss and *pro se* Defendant Denise Haggard have indicated via emailed correspondence that they agree to the relief sought herein.

Respectfully Submitted this 14th day of June, 2023.

PUTNAM FIRM

By: _____
Rachael E. Putnam, TN Bar No. 21654
Hallie G. Flanagan, TN Bar No. 37351
Putnam Firm
*Attorneys for Plaintiff*
2148 Monroe Ave
Memphis, Tennessee 38104
(901) 302-9120
rachael@putnamfirm.com
hallie@putnamfirm.com

*Attorneys for the Plaintiff, Tawanda Calvin*

2

*Erin Palmer Polly* *signed w/ permission*

Joseph F. Welborn, III, TN Bar No. 15076
Joe.welborn@klgates.com
Erin Palmer Polly, TN Bar No. 22221
Erin.polly@klgates.com
Terrence M. McKelvey, TN Bar No. 36531
Terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Ste 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Attorneys for Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, William Dalius, Martin Frink, Donelle Harris, Damon Hininger, Jason Medlin, and Patrick Swindle*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, a true and exact copy of the foregoing document has been served upon Filing Users via the electronic filing system and on other parties via Federal Express and/or personal email, this June 14, 2023, on the following:

Joseph F. Welborn, III, TN Bar No. 15076
Joe.welborn@klgates.com
Erin Palmer Polly, TN Bar No. 22221
Erin.polly@klgates.com
Terrence M. McKelvey, TN Bar No. 36531
Terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Ste 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

Kyle Buss
*Pro se Defendant*
644 White Oak Street
Gentry, AR 72734

3

Denise Haggard
*Pro se* Defendant
984 Hwy 52 Bypass E, Apt #48
Lafayette, TN 37083

_____
Rachael E. Putnam/Hallie G. Flanagan

4