MOTION GRANTED.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| TAWANDA CALVIN, Individually and as Survivor and Next of Kin to Kerry Granderson, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action Number 3:23-CV-447 |
| | ) | District Judge Eli J. Richardson |
| CORECIVIC, INC., CORECIVIC OF | ) | Magistrate Judge Jeffery S. Frensley |
| TENNESSEE, LLC, KYLE BUSS, | ) | Jury Demand |
| WILLIAM DALIUS, MARTIN | ) | |
| FRINK, DENISE HAGGARD, | ) | |
| DONELLE HARRIS, DAMON | ) | |
| HININGER, JASON MEDLIN, | ) | |
| PATRICK SWINDLE, and JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO ENTER AGREED PROTECTIVE ORDER

Plaintiff Tawanda Calvin, Individually and as Survivor and Next of Kin to Kerry Granderson, and Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Kyle Buss, William Dalius, Martin Frink, Denise Haggard, Donelle Harris, Damon Hininger, Jason Medlin, and Patrick Swindle respectfully move the Court to enter an Agreed Protective Order, attached to this Motion. In support of this Motion, these parties state that entry of the Agreed Protective Order will allow for the protection of confidential information produced by the parties and by third parties, as defined and described in the attached Agreed Protective Order.

317039723.1

Respectfully submitted,


/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Defendants CoreCivic, Inc.,
CoreCivic of Tennessee, LLC, Kyle Buss,
William Dalius, Martin Frink, Denise
Haggard, Donelle Harris, Damon Hininger,
Jason Medlin, and Patrick Swindle*


/s/ Rachael E. Putnam
Rachael E. Putnam (#21654)
rachael@putnamfirm.com
Hallie G. Flanagan (#37351)
hallie@putnamfirm.com
Putnam Firm
2148 Monroe Avenue
Memphis, TN 38104
(901) 302-9120

*Counsel for Plaintiff Tawanda Calvin,
Individually and as Survivor and Next of Kin
to Kerry Granderson*

2

**CERTIFICATE OF SERVICE**

       I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this December 12, 2023, on the following:

Rachael E. Putnam
Hallie G. Flanagan
Putnam Firm
2148 Monroe Avenue
Memphis, Tennessee 38104

                                      /s/ Erin Palmer Polly