The motion is GRANTED. Plaintiff shall file a response to Defendants' Motion for Judgment on the Pleadings (Doc. No. 36) on or before June 14, 2024.

*Eli Richardson*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TAWANDA CALVIN,** individually and as survivor and next of kin to Kerry Granderson, | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 3:23-cv-00447** |
| | ) | **JURY DEMAND** |
| **CORECIVIC, INC., CORECIVIC OF** | ) | **District Judge Eli J. Richardson** |
| **TENNESSEE, LLC,** as owner and | ) | **Magistrate Judge Jeffrey Frensley** |
| operator of **TROUSDALE TURNER** | ) | |
| **CORRECTIONAL CENTER, DAMON** | ) | |
| **HININGER, PATRICK SWINDLE,** | ) | |
| **WILLIAM DALIUS, JASON MEDLIN,** | ) | |
| **MARTIN FRINK, DONELLE HARRIS,** | ) | |
| **JOHN DOE, DENISE HAGGERD,** and | ) | |
| **KYLE BUSS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### PLAINTIFF'S MOTION TO EXTEND RESPONSE DEADLINES

---

The Plaintiff, Tawanda Calvin, by and through her attorneys of record, moves this Court to extend the deadline for Plaintiff to respond to Defendants' Motion for Judgment on the Pleadings to June 14, 2024, and for cause would show unto the Court as follows:

1. This cause was filed on May 3, 2023.  (Doc. 1).

2. Defendants filed Answers on July 3, 2023 and July 25, 2023.  (Docs. 23, 28).

3. Defendants filed a Motion for Judgment on the Pleadings and a Memorandum in Support on April 24, 2024.  (Docs. 36-37).

4. A Case Management Conference was held on May 13, 2024.