This motion (Doc. No. 46) is **GRANTED**. The twenty-five page limitation is increased to twenty-eight (28) pages for this motion only.

*Eli Richardson*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| TAWANDA CALVIN, Individually and as Survivor and Next of Kin to Kerry Granderson,<br><br>      Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., CORECIVIC OF TENNESSEE, LLC, KYLE BUSS, WILLIAM DALIUS, MARTIN FRINK, DENISE HAGGARD, DONELLE HARRIS, DAMON HININGER, JASON MEDLIN, PATRICK SWINDLE, and JOHN DOE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action Number 3:23-CV-447<br>District Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br>Jury Demand |

---

### DEFENDANTS' MOTION TO ENLARGE PAGE LIMITATION

---

Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Kyle Buss, William Dalius, Frink, Haggard, Harris, Hininger, Medlin, and Swindle respectfully move the Court to enlarge the page limitation in this matter from twenty-five pages to twenty-eight pages for the Memorandum of Law in Support of Defendants' Motion for Summary Judgment. Plaintiff Tawanda Calvin has asserted various claims against the ten named Defendants in this matter, and Defendants are moving the Court to enter summary judgment on each of those claims, sometimes on multiple grounds. Defendants have attempted to keep their Memorandum of Law to the twenty-five page limitation that is contained within Local Rule 7.01(a)(2); however, Defendants have been unable to stay within this page limitation while also enumerating all of the grounds that warrant the entry of summary judgment in their favor. Therefore, Defendants respectfully move the Court to enlarge the page limitation for their Memorandum of Law by three pages to twenty-eight.

322577487.1