This motion (Doc. No. 63) is **GRANTED**. Defendants shall have three (3) additional pages, increasing their page limit to eight (8) pages, for their reply brief supporting their Motion for Summary Judgment.

*Eli Richardson*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| TAWANDA CALVIN, Individually and as Survivor and Next of Kin to Kerry Granderson, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action Number 3:23-CV-447 |
| | ) | District Judge Eli J. Richardson |
| CORECIVIC, INC., CORECIVIC OF TENNESSEE, LLC, KYLE BUSS, WILLIAM DALIUS, MARTIN FRINK, DENISE HAGGARD, DONELLE HARRIS, DAMON HININGER, JASON MEDLIN, PATRICK SWINDLE, and JOHN DOE, | ) ) ) ) ) ) ) ) | Magistrate Judge Jeffery S. Frensley Jury Demand |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO ENLARGE PAGE LIMITATION

Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC (collectively, "CoreCivic"), Kyle Buss, William Dalius, Frink, Haggard, Harris, Hininger, Medlin, and Swindle respectfully move the Court to enlarge the page limitation in this matter from five pages to eight pages for the Reply Brief in Support of Defendants' Motion for Summary Judgment. (Docket Entry 31 at 6) ("Optional replies may be filed within 14 days after the filing of the response and shall not exceed 5 pages."). Plaintiff Tawanda Calvin raised various arguments in her Response that Defendants would like to fully address. Likewise, two recent opinions involving inmate overdose deaths are particularly impactful to the claims in this lawsuit, specifically *Cook v. CoreCivic, Inc.*, 2025 WL 967544 (M.D. Tenn. Mar. 31, 2025), and *Williams v. CoreCivic of Tennessee, LLC*, 2025 WL 952241 (W.D. Tenn. Mar. 28, 2025). In both matters, CoreCivic and certain CoreCivic employees moved to dismiss federal and state law claims regarding inmate overdose deaths at CoreCivic-operated facilities on grounds nearly identical to those that Defendants raise in their pending