IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TAWANDA CALVIN, )
)
Plaintiff, )
)
v. ) Civil Case No. 3:23-cv-00447
) JUDGE RICHARDSON
CORECIVIC, INC., ET AL., )
)
Defendants. )

**ORDER**

The trial and pretrial conference, scheduled for April 7, 2026, and March 30, 2026, respectively, and all pretrial motion filing deadlines are canceled based on pending dispositive motions (Doc. Nos. 36 and 43), to be rescheduled upon resolution of those dispositive motions if necessary.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE