IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAWANDA CALVIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORECIVIC, INC., et al., )<br>)<br>Defendants. )<br>) | NO. 3:23-cv-00447<br><br>JUDGE RICHARDSON |

## **ORDER**

Pending before the Court is a "Motion for Judgment on the Pleadings" (Doc. No. 36, "Motion") filed by CoreCivic, Inc. ("Defendant CoreCivic, Inc."), CoreCivic of Tennessee, LLC ("Defendant CoreCivic of Tennessee"), Kyle Buss ("Defendant Buss"), William Dalius ("Defendant Dalius"), Martin Frink ("Defendant Frink"), Denise Haggard ("Defendant Haggard"), Donelle Harris ("Defendant Harris"), Damon Hininger ("Defendant Hininger"), Jason Medlin ("Defendant Medlin"), and Patrick Swindle ("Defendant Swindle," and, collectively with Defendant CoreCivic, Inc, Defendant CoreCivic of Tennessee, Defendant Buss, Defendant Dalius, Defendant Frink, Defendant Haggard, Defendant Harris, Defendant Hininger, and Defendant Medlin, "Defendant-Movants").[1] Via the Motion, and pursuant to Federal Rule of Civil Procedure 12(c), Defendant-Movants request that the claims of Plaintiff, Tawanda Calvin,[2] brought via her

---

[1] Beyond the Defendant-Movants, there is one other (unnamed) defendant in this action: Defendant John Doe ("Defendant Doe"). Naturally, because he is still unnamed, Defendant Doe did not join (or otherwise respond to) the instant Motion. The Motion addresses Plaintiff's claim against Defendant Doe, and Plaintiff's claim against Defendant Doe is dismissed for the reasons stated in the accompanying Memorandum Opinion.

[2] Plaintiff brings this action individually and as a survivor and next of kin to Kerry Granderson.

complaint (Doc. No. 1, "Complaint") be dismissed for failure to state a claim on which relief may be granted. (Doc. No. 36 at 3).

Supporting Defendant-Movants' Motion is an opening brief (Doc. No. 37). Plaintiff has filed a response (Doc. No. 40) in opposition to the Motion. Defendant-Movants have filed a reply (Doc. No. 41) in support of the Motion

For the reasons stated in the accompanying Memorandum Opinion, the Motion (Doc. No. 36) is **GRANTED**, and this action is **DISMISSED**. Specifically, Plaintiff's federal claims (enumerated in her Complaint as Count I, Count II, Count III, and Count VII) are dismissed in their entirety with prejudice and Plaintiff's state law claims (enumerated in her Complaint as Count IV, Count V, Count VI, and Count VIII) are dismissed in their entirety without prejudice.

The Clerk is **DIRECTED** to enter judgment under Rule 58 of the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE