**MOTION GRANTED.**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| TAWANDA CALVIN, Individually and as Survivor and Next of Kin to Kerry Granderson, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action Number 3:23-CV-447 |
| | ) | District Judge Eli J. Richardson |
| CORECIVIC, INC., CORECIVIC OF TENNESSEE, LLC, KYLE BUSS, WILLIAM DALIUS, MARTIN FRINK, DENISE HAGGARD, DONELLE HARRIS, DAMON HININGER, JASON MEDLIN, PATRICK SWINDLE, and JOHN DOE, | ) ) ) ) ) ) ) ) | Magistrate Judge Jeffery S. Frensley Jury Demand |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.01(g), Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Kyle Buss, William Dalius, Martin Frink, Denise Haggard, Donelle Harris, Damon Hininger, Jason Medlin, and Partick Swindle respectfully move the Court to permit their counsel, Erin Palmer Polly, to withdraw. Going forward, Defendants will be represented by Joseph F. Welborn, III and Terrence M. McKelvey of WelbornMalone PLC. Their contact information is as follows:

Joseph F. Welborn, III
WelbornMalone PLC
One Burton Hills Boulevard, Suite 200E
Nashville, Tennessee 37215
(615) 455-0360
joe.welborn@welbornmalone.com

Terrence M. McKelvey
WelbornMalone PLC
One Burton Hills Boulevard, Suite 200E

Nashville, Tennessee 37215
(615) 455-0360
terrence.mckelvey@welbornmalone.com

Both currently are counsel of record in this matter and now are affiliated with a different

law firm than the undersigned counsel. The undersigned counsel provided written notice of her

intention to withdraw from this matter to in-house counsel for Defendants, as reflected in Exhibit

A, and submits that her withdrawal will not delay trial or other pending matters in this case.

Respectfully submitted,

/s/ Erin Palmer Polly
Erin Palmer Polly (#22221)
erin.polly@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Defendants CoreCivic, Inc.,
CoreCivic of Tennessee, LLC, Kyle Buss,
William Dalius, Martin Frink, Denise
Haggard, Donelle Harris, Damon Hininger,
Jason Medlin, and Patrick Swindle*

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing has been served upon Filing Users via
the electronic filing system and on other counsel via U.S. Mail, first-class postage prepaid, this
April 24, 2026, on the following:

Rachael E. Putnam
Putnam Firm
2148 Monroe Avenue
Memphis, Tennessee 38104

Joseph F. Welborn, III
Terrence M. McKelvey
WelbornMalone PLC
One Burton Hills Boulevard, Suite 200E
Nashville, Tennessee 37215

/s/ Erin Palmer Polly

2

1609899615.1